```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LOCKHART, as guardian ad litem for CHRISTOPHER LOCKHART, a minor,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO.  C 06 0644 EMC<br><br>Before the Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:    May 3, 2006<br>Conference Time:    1:30 p.m.<br>Location:                 Courtroom C, 15th Floor<br>                              San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to October 4, 2006, at 1:30 p.m.  In the event the case is not transferred a part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: April 26, 2006

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*